CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 2 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFERY ALLEN HART, | ) |
| Plaintiff, | ) Case No. 7:10CV00509 |
| v. | ) FINAL ORDER |
| JUDGE TERESA CHAFIN, ET AL., | ) By: Glen E. Conrad |
| Defendants. | ) Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action, which the court construes as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases; plaintiff's application to proceed in forma pauperis (Dkt. No. 5) is **DISMISSED** as moot; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability so as to allow an appeal of this decision to the United States Court of Appeals for the Fourth Circuit is **DENIED**.

ENTER: This 22d day of November, 2010.

/s/ Glen E. Conrad
Chief United States District Judge